**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| GARY F. STANDISH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-467-JDK-KNM |
| | § | |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Gary Standish filed this appeal from a final administrative decision of the Commissioner of the Social Security Administration. Docket No. 1. This case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for the disposition. On May 13, 2026, the Court reversed the Commissioner's final administrative decision and remanded the matter to the Commissioner for further proceedings. Docket No. 16.

Before the Court is Plaintiff's Unopposed Application for Attorney Fees Under the Equal Access to Justice Act. Docket No. 20. On August 12, 2026, Judge Mitchell issued a Report recommending that the Court grant the motion and award Plaintiff $7,646.10 in fees. Docket No. 21. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court

examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Servs., LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, no objections have been filed. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed Judge Mitchell's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 21) as the findings of this Court. The motion for EAJA fees (Docket No. 20) is **GRANTED.** The Commissioner shall pay Plaintiff for fees incurred totaling $7,646.10 pursuant to the EAJA, 28 U.S.C. § 2412(d), with the funds payable to Plaintiff and forwarded to Plaintiff through her attorney of record.

So **ORDERED** and **SIGNED** this **8th** day of **October, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE